UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW HAMPSHIRE, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, THE DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK, ex rel. AMY KOSLOFSKY, and AMY KOSLOFSKY, INDIVIDUALLY, <br><br>Plaintiffs, <br><br>vs. <br><br>SANTARUS, INC. and DR. SHIVINDER NARWAL, <br><br>Defendants. | ADMISSION TO PRACTICE PRO HAC VICE <br><br> 11 cv 3083 (CBA) (RML) |

This motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Marc M. Orlow is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff Amy Koslofsky.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: September 8, 2011

s/CBA

United States District Judge

cc: Marc M. Orlow, Esq.
Begelman, Orlow & Melletz, Attorneys at Law
411 Route 70 East
Cherry Hill, NJ 08034
Phone: 856-528-9114
Fax: 856-428-5485

Court File